IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

United States of America

    Plaintiff(s),

vs.

Morgan Womack

    Defendant(s).

Case No.: 4:24-mj-094-SH

Criminal Information Sheet

Interpreter: Yes ☐  No ☐

Date: _____2/8/2024_____

Magistrate Judge Huntsman     Deputy Dusty Gross     USPO C. Brown

Date of Arrest: 2/8/2024    Arrested By: DEA    ☒ Detention Requested by AUSA

Bail Recommendation: ☐ Unsecured

**Additional Conditions of Release:**

- ☐ a. ☐ b. _____  ☐ m _____  ☐ n ☐ o ☐ p ☐ q ☐ r ☐ s _____
- ☐ c. ☐ d.. ☐ e. ☐ f. ☐ g.  ☐ t (☐ 1, ☐ 2, ☐ 3, ☐ 4, ☐ 5, ☐ 6, ☐ 7)
- ☐ h. ☐ i. ☐ j.  ☐ u (☐ 1, ☐ 2, ☐ 3, ☐ 4, ☐ 5, ☐ 6, ☐ 7)
- ☐ k. (☐ i, ☐ ii, ☐ iii)  ☐ v (☐ 1, ☐ 2, ☐ 3, ☐ 4, ☐ 5, ☐ 6, ☐ 7, ☐ 8, ☐ 9, ☐ 10)
- ☐ l. _____  ☐ w (☐ 1, ☐ 2) ☐ x. (other) _____

Defendant Requests Federal Public Defender/Ct. Appt. Counsel: ☐ Yes ☐ No

Defendant's Attorney:    ☐ FPD;    ☐ Ct. Appt;    ☐ Ret Counsel

AUSA: Adam Bailey

**MINUTES:**

Interpreter: _____; ☐ Sworn

☒ Defendant appears in person for IA on: ☐ Indictment; ☐ Information; ☒ Complaint; ☐ Petition; ☐ Rule 5
    with: ☐ Ret Counsel; ☐ FPD; ☐ Ct. Appt; ☒ w/o Counsel

☐ Financial Affidavit received and FPD/CJA appointed; ☐ Present ☐ Not Present

Defendant's name **as reflected in the indictment/information/complaint/petition/Rule 5** is the true and correct legal name:

  ☐ Verified in open court

  ☐ Corrected by interlineation to _____
    to reflect Defendant's true and correct name and all previous filings are amended by interlineation to reflect same.

  ☐ Unable to verify in open court: ☐ U.S. Atty. to verify & advise court; ☐ Defendant's Attorney to verify & advise court;

Waivers executed and filed: ☐ of Indictment; ☐ of Preliminary Exam; ☐ of Detention Hearing; ☐ of Rule 5 Hearings

☐ Bond set for _____; Bond and conditions of release executed

☐ Government's Motion for Detention and Detention Hearing filed in open court

☐ Arraignment held and Defendant pleads Not Guilty; Court accepts plea; ☐ Scheduling dates to be mailed to counsel

☒ Initial Appearance continued to: 2/9/2024 at 2:00 a.m./p.m.

☐ Arraignment scheduled: _____ at _____ a.m./p.m.

☐ Detention Hearing scheduled: _____ at _____ a.m./p.m.

☐ Preliminary Exam scheduled: _____ at _____ a.m./p.m.

☒ Defendant remanded to custody of U.S. Marshal: ☒ Pending further proceeding; ☐ Pending release on bond for treatment

Mot. for Detention # 3 : ☐ Granted; ☐ Denied; ☐ Moot  Mot. for Hearing # 4 : ☐ Granted; ☐ Denied; ☐ Moot

Additional Minutes: Initial appearance continued to 2/9/2024 for Counsel Craig Hoehns to be appointed and present.