bw

AO 442 (Rev. 10/13) Arrest Warrant

~~SEALED~~ case unsealed 2/8/2024

Received U.S. Marshals Service

2024 FEB -8 AM 11: 53

N/OK

**FILED**
FEB 09 2024
Mark C. McCartt, Clerk
U.S. DISTRICT COURT

# UNITED STATES DISTRICT COURT
for the
Northern District of Oklahoma

United States of America )
v. )
) Case No. 24-mj-94-SH
MORGAN WOMACK )
Defendant )

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
(name of person to be arrested)  MORGAN WOMACK,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☒ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

21 U.S.C. § 846 – Drug Conspiracy
21 U.S.C. §§ 841(a)(1) and 841(b)(1)(A)(viii) – Possession of Methamphetamine with Intent to Distribute

Date: 2/8/24 at 11:17 am

Issuing officer's signature

City and state: Tulsa, Oklahoma

Susan Huntsman, United States Magistrate Judge
Printed name and title

### Return

This warrant was received on (date) 02/08/2024, and the person was arrested on (date) 02/08/2024
At (city and state) Tulsa, OK
Date: 02/08/2024

Arresting officer's signature

SA Alan Frank
Printed name and title

ACB/kj