IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

United States of America
                Plaintiff(s),

vs.

Morgan Womack
                Defendant(s).

Case No.: 4:24-mj-094-SH

Criminal Information Sheet

Interpreter: Yes ☐   No ☐

Date: 2/9/2024

Magistrate Judge Huntsman     Deputy ~~Dusty Gross~~ Lauren Lewis     USPO C. Brown

Date of Arrest: 2/8/2024     Arrested By: DEA     ☒ Detention Requested by AUSA

Bail Recommendation:     ☐ Unsecured

**Additional Conditions of Release:**

☐ a. ☐ b. _____    ☐ m _____    ☐ n ☐ o ☐ p ☐ q ☐ r ☐ s _____
☐ c. ☐ d. ☐ e. ☐ f. ☐ g.    ☐ t (☐ 1, ☐ 2, ☐ 3, ☐ 4, ☐ 5, ☐ 6, ☐ 7)
☐ h. ☐ i. ☐ j.    ☐ u (☐ 1, ☐ 2, ☐ 3, ☐ 4, ☐ 5, ☐ 6, ☐ 7)
☐ k. (☐ i, ☐ ii, ☐ iii)    ☐ v (☐ 1, ☐ 2, ☐ 3, ☐ 4, ☐ 5, ☐ 6, ☐ 7, ☐ 8, ☐ 9, ☐ 10)
☐ l. _____    ☐ w (☐ 1, ☐ 2) ☐ x. (other) _____

Defendant Requests Federal Public Defender/Ct. Appt. Counsel: ☐ Yes ☐ No

Defendant's Attorney: Craig Hoehns     ☐ FPD; ☒ Ct. Appt; ☐ Ret Counsel

AUSA: Adam Bailey

**MINUTES:**

Interpreter: _____ ; ☐ Sworn

☒ Defendant appears in person for IA on: ☐ Indictment; ☐ Information; ☒ Complaint; ☐ Petition; ☐ Rule 5
    with: ☐ Ret Counsel; ☐ FPD; ☒ Ct. Appt; ☐ w/o Counsel

☒ Financial Affidavit received and FPD/CJA appointed; ☒ Present ☐ Not Present

Defendant's name **as reflected in the indictment/information/complaint/petition/Rule 5** is the true and correct legal name:

☐ Verified in open court
☒ Corrected by interlineation to **Morgan Cole Womack**
    to reflect Defendant's true and correct name and all previous filings are amended by interlineation to reflect same.

☐ Unable to verify in open court: ☐ U.S. Atty. to verify & advise court; ☐ Defendant's Attorney to verify & advise court;

Waivers executed and filed: ☐ of Indictment; ☒ of Preliminary Exam; ☐ of Detention Hearing; ☐ of Rule 5 Hearings

☐ Bond set for _____ ; Bond and conditions of release executed

☐ Government's Motion for Detention and Detention Hearing filed in open court

☐ Arraignment held and Defendant pleads Not Guilty; Court accepts plea; ☐ Scheduling dates to be mailed to counsel

☐ Initial Appearance continued to: _____ at _____ a.m./p.m.

☐ Arraignment scheduled: _____ at _____ a.m./p.m.

☒ Detention Hearing scheduled: 2/13/24 at 2:00 a.m./**p.m.**

☐ Preliminary Exam scheduled: _____ at _____ a.m./p.m.

☒ Defendant remanded to custody of U.S. Marshal: ☒ Pending further proceeding; ☐ Pending release on bond for treatment

Mot. for Detention # 3: ☐ Granted; ☐ Denied; ☐ Moot    Mot. for Hearing # 4: ☒ Granted; ☐ Denied; ☐ Moot

Additional Minutes: Hearing re: counsel appointment pending trial set for 2/13/24 @ 2pm.