## NORTHERN DISTRICT OF OKLAHOMA

United States of America,

                        Plaintiff,

vs.

Morgan Womack,

                        Defendant(s).

Case No.: 24-mj-00094-SH-1

**WAIVER OF A PRELIMINARY HEARING**

    I understand that I have been charged with an offense in a criminal complaint filed in this court, or charged with violating the terms of probation or supervised release in a petition filed in this court. A magistrate judge has informed me of my right to a preliminary hearing under Fed. R. Crim. P. 5.1, or to a preliminary hearing under Fed. R. Crim. P. 32.1.

    I agree to waive my right to a preliminary hearing under Fed. R. Crim. P. 5.1 or Fed. R. Crim. P. 32.1.

Date: 2/8/2024

_____
Defendant

_____
Attorney for Defendant