UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OKLAHOMA

United States of America,
                Plaintiff,
vs.

Morgan Cole Womack,
                Defendant(s).

Case No.: 24-mj-00094-SH-1
Date: 2/13/2024
Court Time: 2:38pm – 2:39pm

**MINUTE SHEET – DETENTION AND/OR PRELIMINARY HEARING**

Christine D. Little, U.S. Magistrate Judge    L. Lewis, Deputy Clerk    Magistrate Courtroom 1

Interpreter: _____ ☐ Sworn
Counsel for Plaintiff: Adam Bailey
Counsel for Defendant: Craig M Hoehns    Appt.
Case called for: ☒ Detention Hearing, ☐ Preliminary Hearing;
☒ Defendant appears in custody with counsel;
Defendant waives: ☐ Preliminary Hearing ☒ Detention Hearing, waiver(s) executed;
☐ Government withdraws their Motion for Detention # 3 ;
☐ Defense counsel stipulates there is probable cause;
☐ Proffer(s) made;
☐ Witness(es) sworn and testimony given;
☐ Arguments heard;
☐ Court Finds Probable Cause;
Motion for Detention (Dkt # 3 ): ☐ granted, ☐ denied, ☒ moot;
☐ Court finds there are conditions which defendant can be released; Defendant ordered released;
☐ Bond set at _____ Bond and Conditions of Release executed;
☒ Defendant detained and remanded to custody of U.S. Marshal, ☐ Detention Order to be entered;
☐ Exhibit(s) returned to counsel.
Additional Minutes: _____

Government's Witnesses: _____    Defendant's Witnesses: _____

Government's Exhibits: _____    Defendant's Exhibits: _____

Detention Hearing and/or Preliminary Hearing    (8/2021)