# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OKLAHOMA

| United States of America, | | |
|---|---|---|
| | Plaintiff, | Case No.: 24-mj-00094-SH-1 |
| vs. | | Date: 2/13/2024 |
| | | Court Time: 2:39 p.m. to 2:42 p.m. |
| Morgan Cole Womack, | Defendant(s). | **MINUTE SHEET - MISCELLANEOUS** |

Christine D. Little, U.S. Magistrate Judge      L. Lewis, Deputy Clerk      Magistrate Courtroom 1

Counsel for Plaintiff:  Adam Bailey
Counsel for Defendant:  Craig M Hoehns, Appt.
USPO:

MINUTES: Case called for Miscellaneous Hearing regarding Defendant's assets for counsel appointment; Defendant present and in custody; Argument heard; Court finds counsel appointment is appropriate; Mr. Hoehns to remain appointed.