

**FILED**

FEB 22 2024

Mark C. McCartt, Clerk
U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| UNITED STATES OF AMERICA, | Case No. 24 CR 0 0 5 7 GKF |
|---|---|
| Plaintiff, | **INDICTMENT** |
| v. | [COUNT ONE: 21 U.S.C. §§ 846 and 841(b)(1)(A)(viii) – Drug Conspiracy; |
| MORGAN COLE WOMACK, | COUNT TWO: 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(B)(viii) – |
| Defendant. | Possession of Methamphetamine with Intent to Distribute] |

**THE GRAND JURY CHARGES:**

**COUNT ONE**
**[21 U.S.C. §§ 846 and 841(b)(1)(A)(viii)]**

On or about February 6, 2024, in the Northern District of Oklahoma and elsewhere, the defendant, **MORGAN COLE WOMACK**, knowingly, intentionally, and willfully conspired, confederated, and agreed with others known and unknown to the Grand Jury, to distribute and to possess with intent to distribute 500 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, a violation of Title 21, United States Code, Section 841(a)(1).

All in violation of Title 21, United States Code, Sections 846 and 841(b)(1)(A)(viii).

## COUNT TWO
[21 U.S.C. §§ 841(a)(1) and 841(b)(1)(B)(viii)]

On or about February 6, 2024, in the Northern District of Oklahoma, the defendant, **MORGAN COLE WOMACK**, knowingly and intentionally possessed with the intent to distribute 50 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(viii).

CLINTON J. JOHNSON
United States Attorney

A TRUE BILL

_____
ADAM C. BAILEY
Assistant United States Attorney

/s/ Grand Jury Foreperson
Grand Jury Foreperson