UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| United States of America,<br><br>vs.<br><br>Morgan Cole Womack, | Plaintiff,<br><br><br><br>Defendant(s). | Case No.: 24-cr-00057-GKF-1<br>Date: 3/1/2024<br>Court Time: 2:00 p.m.<br><br>**MINUTE SHEET – ARRAIGNMENT** |

Susan E. Huntsman, U.S. Magistrate Judge        D. Gross, Deputy Clerk        Magistrate Courtroom 1

Counsel for Plaintiff:   Adam Bailey

Counsel for Defendant:  Craig M Hoehns              , Appt.

Interpreter: _____       ☐ sworn

Defendant appears in person for Arraignment on:  ☒ Indictment;   ☐ Information;   ☐ Complaint;

☒ with Counsel;   ☐ Counsel waived;   ☐ w/o Counsel;

☒ Defendant acknowledges receipt of Indictment        Indictment:  ☒ Read;   ☐ Reading waived;

☒ Defendant advised of charge;

Defendant's name as reflected in the Indictment;
  ☒ Verified in open court as the true and correct legal name
  ☐ Corrected by interlineation to _____
       to reflect Defendant's true and correct legal name and all previous filings are amended by interlineation to reflect same.
  ☐ Unable to verify in open court as the true and correct legal name:  ☐ U.S. Attorney;  ☐ Deft's Att. to verify and advise court;

☒ Arraignment held and Defendant pleads Not Guilty; Court accepts plea        ☒ Schedule to be entered;

Defendant waives:   ☐ Indictment;   ☐ Detention Hearing;   ☐ Separate Representation   ☐ Waivers approved by Court;

☐ Arraignment continued to: _____ at _____

☐ Detention Hearing scheduled: _____ at _____

☐ Defendant allowed to stand on present bond;        ☐ Government stipulates, findings made

☒ Defendant remanded to custody of U.S. Marshal

Additional Minutes: _____
_____
_____
_____
_____

Minute Sheet - Arraignment                                        (CR-01f 6/2021)