UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| United States of America,<br>　　　　　　　　　　　Plaintiff,<br>vs.<br><br>Morgan Cole Womack,<br>　　　　　　　　　　　Defendant. | Case No.: 24-CR-57-GKF<br><br>**WAIVER OF SPEEDY TRIAL** |

　　The Defendant, <u>Morgan Cole, Womack</u> ("Defendant") acknowledges that he/she has been fully advised of his/her right to a speedy trial and understands that right has been guaranteed by the Sixth Amendment of the United States Constitution and by the Speedy Trial Act, 18 U.S.C. § 3161. With such knowledge, Defendant freely and voluntarily waives his/her right to a speedy trial herein. Defendant requests the Court find that the ends of justice served by granting the continuance outweigh the interests of the public and Defendant in a speedy trial.

　　Defendant specifically requests that all delays resulting from a continuance of his/her jury trial from <u>April 15, 2024</u> to <u>May 20, 2024</u> be excluded from computation under the Speedy Trial Act pursuant to 18 U.S.C. § 3161, et. seq.

_____　　　　　3-28-24
Defendant　　　　　　　　　　　　　　　　　Date

　　I have consulted with my client, Defendant, who has expressed a clear and unequivocal understanding of the right to speedy trial and voluntarily waived such right as set forth herein.

_____　　　　　3/28/2024
Attorney for Defendant　　　　　　　　　　　Date