UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OKLAHOMA

United States of America,
                                    Plaintiff,
vs.

Morgan Cole Womack,
                                    Defendant(s).

Case No.: 24-cr-00057-GKF-1
Date: 7/10/2024
Court Time: 9:02 am - 9:21 am

**MINUTE SHEET ARRAIGNMENT and/or CHANGE of PLEA**

Mark T. Steele, U.S. Magistrate Judge      L. Tiefenthaler, Deputy Clerk      Courtroom 5

Counsel for Plaintiff: Adam Bailey
Counsel for Defendant: Craig M Hoehns, Appt.
Probation Officer: ___
Age of Defendant: 41      Interpreter: ___ ☐ sworn
Defendant appears in person: ☑ with Counsel; ☐ Counsel waived; ☐ w/o Counsel; Defendant: ☑ sworn;
☑ Defendant Consents to Magistrate conducting Guilty Plea Hearing
Defendant's name as reflected in the Indictment;
   ☑ Verified in open court as the true and correct legal name
   ☐ Corrected by interlineation to ___
      to reflect Defendant's true and correct legal name and all previous filings are amended by interlineation to reflect same.
   ☐ Unable to verify in open court as the true and correct legal name: ☐ U.S. Atty; ☐ Deft's Atty to verify, advise court
☑ Defendant acknowledges receipt of Indictment
☐ Defendant enters not guilty plea as to Count(s) ___ of the Indictment      ☐ Schedule to be entered
Defendant waives: ☐ Indictment; ☑ Jury Trial; ☐ Speedy Trial; ☐ 30 Days Preparation; ☐ Separate Representation
☑ Waivers approved by Court;
Defendant advised of: ☑ charge and ☐ arraigned; Indictment: ☐ Read ☐ Reading waived
☑ Defendant relates fact of charge
☑ Defendant withdraws not guilty plea(s) as to Count(s) 2 of the Indictment
☑ Defendant enters guilty plea to as to Count(s) 2 of the Indictment
☑ Remaining Count(s) to be dismissed at sentencing: 1
☑ Petition to enter plea of Guilty sworn and executed
☐ Findings re: Plea Agreement made; ☑ Findings re: Plea agreement reserved
☑ Defendant adjudged guilty as charged as to as to Count(s) 2 of the Indictment
☑ Petition ☑ and Plea Agreement disclosed in open Court and will be filed of record ☑ PSI ordered
☐ SENTENCING SET ___ at 8:00 a.m.
☑ SENTENCING to be scheduled upon completion of PSI
☐ Defendant allowed to stand on present bond; ☐ Government stipulates, findings made
☑ Defendant remanded to custody of U.S. Marshal
**Additional Minutes:** ___