# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| United States of America, Plaintiff, | |
| vs. | Case No.: 24-cr-00057-GKF-1 |
| Morgan Cole Womack, Defendant. | **WAIVER OF JURY TRIAL** |

COMES NOW the undersigned defendant, and having been fully apprised of my rights, do hereby WAIVE my SIXTH AMENDMENT RIGHTS to a jury IN ALL RESPECTS both as to guilt or innocence and as to sentencing.

Accordingly, I hereby CONSENT that all matters in the above styled and numbered criminal proceedings be determined by the Court in accordance with Rule 23, Federal Rules of Criminal Procedure.

_____
Morgan Cole Womack, Defendant

_____
Attorney for Defendant

CONSENT OF GOVERNMENT:

_____
Assistant United States Attorney

Signed and approved in open court on 7/10/2024.

_____
Mark T. Steele, U.S. Magistrate Judge